**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Everett William BROWNING, Jr.,**
**Defendant—Appellant.**

**No. 04–30044.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2005.*

Decided July 15, 2005.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Bryan Norcross, Esq., Helena, MT, for Defendant–Appellant.

---

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

### MEMORANDUM **

Everett William Browning, Jr. appeals the 30–month sentence imposed following his guilty plea conviction for conspiracy to distribute methamphetamine within 1000 feet of a school or federal housing project, distribution of methamphetamine within 1000 feet of a school or federal housing project, and distribution of marijuana within 1000 feet of a school or federal housing project, all in violation of 21 U.S.C. §§ 841(b)(1)(C), (b)(1)(D), 846 and 860. We have jurisdiction pursuant to 18 U.S.C. § 3742.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

All pending motions are denied as moot.

REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

